**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LIPSEY,<br><br>        Plaintiff<br><br>        v.<br><br>B. SEITZ, et al.,<br><br>        Defendants | CASE NO. 1:18-CV-0776 AWI SKO<br><br>**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>(Doc. No. 15) |

On December 20, 2018, this Court denied Plaintiff's motion to recuse Magistrate Judge Oberto and the undersigned. See Doc. No. 12.

On January 15, 2019, Plaintiff filed a one page motion styled "Section 455 Warning." See Doc. No. 15. This motion has been docketed as a motion for reconsideration. The motion is one sentence. It sites *Taylor v. O'Grady*, 888 F.2d 1189 (7th Cir. 1989) and states that recusal is self-executing and that Magistrate Judge Oberto is obliged to recuse herself. See id.

To the extent that Plaintiff is attempting to file a reconsideration motion, it will be denied. This Court already performed a 28 U.S.C. § 455 analysis, cited and relied on controlling Ninth Circuit and Supreme Court authority, and determined that Plaintiff's motion to recuse was meritless. See Doc. No. 12. A mere citation to non-binding out of circuit authority does not undermine the Court's order in any way or provide a basis for reconsideration.

To the extent that Plaintiff is not seeking reconsideration, his Section 455 Warning is improper. He may disagree with the Court's analysis, but that is no basis to file anything styled as a "warning." Any further attempts to file a "warning" will result in the filing being summarily stricken. Further, the Court will not accept any further reconsideration motions regarding Plaintiff's earlier recusal motions.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. No. 15) is DENIED;
2. Plaintiff shall not file any further "warnings" with the Court;
3. No further requests for reconsideration of Plaintiff's recusal motion will be permitted; and
4. This case is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: January 17, 2019

_____
SENIOR DISTRICT JUDGE