# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LIPSEY, JR.,

　　　　　　Plaintiff,

　　v.

B. SEITZ, et al.,

　　　　　　Defendants.

No. 1:18-cv-00766-AWI-SKO (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. 27)

　　Plaintiff Christopher Lipsey, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On February 14, 2020, the assigned magistrate judge filed findings and recommendations, finding that Plaintiff's third amended complaint (Doc. 26) states cognizable claims against Defendants B. Seitz and R. Diaz, in his official capacity, but improperly names S. Kernan as a defendant. (Doc. 27.) The magistrate judge further found that additional amendments would be futile and thus recommended that S. Kernan be dismissed. (*Id.*) On March 2, 2020, Plaintiff filed a statement of non-opposition to the findings and recommendations. (Doc. 29.)

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's statement of non-opposition, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on February 14, 2020 (Doc. 27) are ADOPTED in full;
2. Defendant S. Kernan is DISMISSED from this lawsuit;
3. This case shall proceed on Plaintiff's third amended complaint (Doc. 26) against Defendants B. Seitz and R. Diaz, in his official capacity;
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: March 4, 2020

_____
SENIOR DISTRICT JUDGE