UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>B. SEITZ, et al.,<br><br>    Defendants. | No. 1:18-cv-00766-AWI-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 30, 35) |

  Plaintiff Christopher Lipsey, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On March 17, 2020, the assigned magistrate judge filed findings and recommendations, recommending that Plaintiff's motion for a preliminary injunction (Doc. 30) be denied. (Doc. 35.) The magistrate judge found that Plaintiff failed to show that he is likely to suffer irreparable harm without the requested relief. (*Id.* at 3). The findings and recommendations were served on Plaintiff and provided him 21 days to file objections thereto. (*Id.* at 4.) Plaintiff has not filed any objections and the time to do so has passed.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations filed on March 17, 2020 (Doc. 35) are ADOPTED in full; and,

2. Plaintiff's motion for a preliminary injunction (Doc. 30) is DENIED.

IT IS SO ORDERED.

Dated:   June 26, 2020                              _____
                                                                         SENIOR DISTRICT JUDGE