UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>            Plaintiff,<br><br>       v.<br><br>B. SEITZ, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00766-AWI-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 54) |

On June 25, 2020, the undersigned issued findings and recommendations to (1) grant Defendants' motion to dismiss Defendant Diaz from this action and (2) deny their motion to revoke Plaintiff's *in forma pauperis* status. (Doc. 45.) The Court additionally directed Defendant Seitz to file a responsive pleading within 30 days. (*Id.* at 4.)

On August 5, 2020, Defendants filed a motion for an extension of time *nunc pro tunc* to respond to Plaintiff's complaint. (Doc. 54.) Defense counsel declares that she missed the deadline "due to an inadvertent error … and not any fault of the Defendants." (*Id.* at 3.) Defendants also argue that, because the findings and recommendations are not dispositive, they should not be required to file a responsive pleading until the assigned district judge issues an order on their motion to dismiss. (*Id.* at 1-2.)

Upon consideration of Defendants' motion and supporting declaration, and good cause appearing, the Court GRANTS the motion. Defendants shall respond to Plaintiff's operative

complaint (Doc. 26) within 30 days of the district judge's ruling on the pending findings and recommendations (Doc. 45) and motion to dismiss (Doc. 39).

IT IS SO ORDERED.

Dated: **August 7, 2020**                              /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE