UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. SEITZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00766-AWI-SKO (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

　　　Plaintiff Christopher Lipsey, Jr., filed a notice of voluntary dismissal on September 30, 2020. (Doc. 60.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an answer or a motion for summary judgment, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated:   **October 9, 2020**                              /s/ *Sheila K. Oberto*
                                                                                     UNITED STATES MAGISTRATE JUDGE